Aurora **HERNANDEZ–ROMAN,**
Petitioner,

v.

John **ASHCROFT,** Attorney General,* Respondent.

No. 02–74489.
Agency No. A75–717–927.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 17, 2004.**

Decided Feb. 26, 2004.

Aurora Hernandez–Roman, Paso Robles, CA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Los Angeles District Counsel, Office of the District Counsel, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Carl H. McIntyre, Jr., Marion E. Guyton, Attorney, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

MEMORANDUM***

Aurora Hernandez–Roman, a native and citizen of Mexico, petitions for review of

---

* The court sua sponte changes the docket to reflect that John Ashcroft, Attorney General, is the proper respondent. The Clerk shall amend the docket to reflect the above caption.

*** The panel unanimously finds this case suit-

the Board of Immigration Appeals' ("BIA") summary affirmance of an Immigration Judge's ("IJ") decision denying her application for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo. *Montero–Martinez v. Ashcroft,* 277 F.3d 1137, 1145 (9th Cir.2002). We deny the petition.

At the IJ hearing, Hernandez–Roman admitted through counsel that she had no qualifying relative. Consequently, the IJ properly determined that Hernandez–Roman was ineligible for cancellation of removal because she had no qualifying relative as required by 8 U.S.C. § 1229b(b)(1)(D). *See id.* at 1145.

Hernandez–Roman's contention that the BIA's summary affirmance procedure violates due process is foreclosed by our decision in *Falcon Carriche v. Ashcroft,* 350 F.3d 845, 851 (9th Cir.2003).

**PETITION FOR REVIEW DENIED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).